[No. 8156–3–II.   Division Two.   February 2, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. MATTHEW GEORGE KEITGES, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84–1–00182–0, Thomas R. Sauriol, J., entered October 1, 1984. *Affirmed* by unpublished opinion per Day, J. Pro Tem., concurred in by Meiner and Pearson, JJ. Pro Tem.

[No. 8477–5–II.   Division Two.   February 3, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. GREGORY SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84–1–00969–3, Floyd V. Hicks and Thomas A. Swayze, Jr., JJ., entered February 6, 1985. *Reversed* by unpublished opinion per Dolliver, J. Pro Tem., concurred in by Kirkwood and Skimas, JJ. Pro Tem.

[No. 8146–6–II.   Division Two.   February 3, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK K. CHAMBERS, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 84–1–00019–6, William E. Howard, J., entered September 26, 1984. *Affirmed* by unpublished opinion per Cunningham, J. Pro Tem., concurred in by Brachtenbach and Verharen, JJ. Pro Tem.